050175.831

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

DAVID L. FAYSOM (N-33179),

                  Plaintiff,

       v.

TIMMS, R.N.;
P. GHOSH, M.D.;
MEDICAL TECHNICIAN BOB;
AND OTHER UNKNOWN PHYSICIANS,
NURSES and MEDICAL TECHNICIANS,

                  Defendants.

No. 04 C 8312

Judge Harry D. Leinenweber

Magistrate Judge Susan E. Cox

## JOINT PRETRIAL MEMORANDUM

NOW COME the Plaintiff and Defendants, by and through their respective attorneys in this regard, and submit the following joint memorandum pursuant to this Court's final pretrial order:

**I.     Statement of jurisdiction**

Jurisdiction of this Court is invoked under the provisions of Title 28, United States Code, Section 1331 in that there is a federal question arising under the Constitution of the United States. Plaintiff's cause of action is premised upon a violation of the 8th Amendment of the Constitution of the United States.

**II.    Concise statement of the case**

Plaintiff David Faysom is an inmate at the Stateville Correctional Facility located in Joliet, Illinois. Mr. Faysom alleges that the defendants, Dr. Evaristo Aguinaldo Jr., Dr. Samuel Tilden and Dr. Kevin Smith acted with and showed deliberate indifference to plaintiff's medical condition in failing to properly diagnose and treat symptoms associated with a brain tumor. Plaintiff alleges to have suffered damages as a result of the alleged cruel and unusual punishment

attributed to the defendants, which allegedly violated plaintiff's rights under the Eighth Amendment to the United States Constitution.

Defendants deny violating any of plaintiff's rights afforded under the Eighth Amendment to the United States Constitution and further deny acting with deliberate indifference toward plaintiff's medical needs. Defendants further deny that plaintiff has suffered damages to the extent claimed.

### III.   Itemization of damages

Plaintiff seeks to recover the following elements of damages as permitted under the law:

    a. Compensatory damages for the permanent visual field deficit caused by defendants' conduct;

    b. Compensatory damages for pain and suffering caused by the delay in diagnosis and proper treatment;

    c. Compensatory damages for lost wages caused by defendants' conduct; and

    d. Attorneys' fees and costs (post-verdict if successful).

### IV.   List of Witnesses

Plaintiff's witness list is as follows:

    a. Witnesses plaintiff intends to call live:

        i. David Faysom

        ii. Dr. Evaristo Aguinaldo Jr.

        iii. Dr. Andrew Tilden

        iv. Dr. Kevin Smith

        v. Dr. Thomas Bialecke

      vi.   Dr. Troy Close

     vii.   Dr. Michael Ramsey

    viii.   Dr. Thomas Mizen

  b.   Witnesses plaintiff may call at trial:

       i.   Nurse Paulette Timms

      ii.   Dr. Parthasarathi Ghosh

  c.   Witnesses plaintiff intends to call via use of deposition testimony:

       i.   Dr. James Bizzell

      ii.   Suresh Gondalia

     iii.   Lynette Faulkner

     iv.   Deborah Gregor

Defendants' witness list is as follows:

  d.   Witnesses defendants intend to call live at trial:

       i.   Dr. Kevin Smith

      ii.   Dr. Evaristo Aguinaldo

     iii.   Dr. Michael Rosenberg

     iv.   Dr. Steven Tureff

  e.   Witnesses defendants may call at trial:

       i.   Suresh Gondalia

      ii.   David Faysom

     iii.   Dr. Yevgenya Kaydanova

     iv.   Dr. Masoud Hemmati

     v.   Hiroe Toyama

    f.  Witnesses defendants intend to call via use of deposition testimony:

       i.  Dr. James Bizzell

      ii.  Dr. Andrew Tilden ( Request to Admit )

## V.    List of expert witnesses

    a.  Plaintiff's expert witnesses

       i.  Dr. Michael Ramsey, 1358 N. State, Chicago, IL

      ii.  Dr. Thomas Mizen, 1725 W. Harrison, Chicago, IL

    b.  Defendants' expert witnesses

       i.  Dr. Michael Rosenberg, 645 N. Michigan, Chicago IL

      ii.  Dr. Steven Tureff, 9301 W. Golf Rd., Des Plaines, IL

## VI.    Exhibit list

See separate submissions of both parties.

## VII.    Expected length of trial

6-8 court days.

## VIII.    Type of trial

Jury.

## IX.    Settlement negotiation status

The parties participated in a pretrial settlement conference on April 23, 2009. Going into the conference, plaintiff had issued a demand of $1,125,000. Defendants countered with an offer of $5,000. At the conference, there was discussion concerning the potential for defendants to offer

a dollar figure in the mid-five figure range, with an indication that a transfer could be arranged to a medium security facility as well. Plaintiff was not interested in discussing any dollar amount less than six figures and was not interested in a transfer to the facility offered by the defendants.

### X.     Jury instructions

See separate submission, which is attached hereto.

### XI.     Special voir dire questions

See separate submissions of the parties.

### XII.     Motions *in limine*

See separate submissions of the parties, which have been previously filed.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By: _____/s/ Mark H. Boyle_____
Attorney for Plaintiff

DONOHUE BROWN MATHEWSON & SMYTH LLC
Mark H. Boyle
Bryan J. Kirsch
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:     (312) 422-0900
Facsimile:     (312) 422-0909

CHARYSH & SCHROEDER, LTD.
David H. Schroeder
33 North Dearborn Street
Suite 1300
Chicago, IL 60602
312-372-8338